NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVE MORSA,**

*Plaintiff-Appellant*

**v.**

**FACEBOOK, INC.,**

*Defendant-Appellee*

---

2015-1336

---

Appeal from the United States District Court for the Central District of California in No. 8:14-cv-00161-JLS-JPR, Judge Josephine L. Staton.

---

**JUDGMENT**

---

JEFFREY BRAGALONE, Bragalone Conroy PC, Dallas, TX, argued for plaintiff-appellant. Also represented by PATRICK J. CONROY, DANIEL FLETCHER OLEJKO; MATTHEW DELGIORNO, DelGiorno IP Law, PLLC, Allen, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by ELIZABETH L. STAMESHKIN, MARK R. WEINSTEIN; PHILLIP EDWARD MORTON, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 13, 2015                   /s/ Daniel E. O'Toole
            Date                            Daniel E. O'Toole
                                            Clerk of Court